IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL JOSEPH MILLER, III : CIVIL ACTION

V. : NO. 02-5141

PHILADELPHIA POLICE DEPARTMENT, :
ET AL.

O R D E R

**AND NOW**, this 26th day of March, 2003, upon consideration of the motion of defendants Belmont Center and Barry M. Farber, M.D. for summary judgment and for judgment of non pros (Document No. 20), and considering the unsettled status of plaintiff's counsel, **IT IS HEREBY ORDERED** that said defendants shall serve a copy of the motion upon the plaintiff directly at 1180 W.L.E., Lake Ariel, PA 18436 within ten days of the date hereof and file a proof of service.

**IT IS FURTHER ORDERED** that the clerk shall forward a copy of this order to the plaintiff at 1180 W.L.E., Lake Ariel, PA 18436.

**IT IS FURTHER ORDERED** that plaintiff shall file a response to the motion within fourteen calendar days after the receipt of a copy of the motion or the motion will be granted as uncontested and the action dismissed without further notice to the plaintiff.

_____
William H. Yohn, Jr., Judge