IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL JOSEPH MILLER, III | : | CIVIL ACTION |
| V. | : | NO. 02-5141 |
| PHILADELPHIA POLICE DEPARTMENT, ET AL. | : | |

O R D E R

**AND NOW**, this 26th day of March, 2003, upon consideration of the motion *in limine* to preclude plaintiff's introduction of expert testimony as against defendants Belmont Center and Barry M. Farber, M.D. (Document No. 19), in view of the current unsettled status as to plaintiff's counsel, **IT IS HEREBY ORDERED** that the motion is **DENIED** for administrative purposes without prejudice to the right of said defendants to renew the same by letter request in the event that the trial date is rescheduled.

_____
William H. Yohn, Jr., Judge