IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL JOSEPH MILLER, III : CIVIL ACTION

V. : NO. 02-5141

PHILADELPHIA POLICE DEPARTMENT, :
ET AL.

O R D E R

**AND NOW**, this 26th day of March, 2003, upon consideration of the motion *in limine* of defendants Belmont Center and Barry M. Farber, M.D. to preclude plaintiff from introducing any and all evidence in support of his negligence claim against the John Doe defendant (Document No. 18) and the John Doe defendant having been dismissed from this action by order of January 17, 2003, **IT IS HEREBY ORDERED** that the motion is **DENIED AS MOOT**.

_____
William H. Yohn, Jr., Judge