IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL JOSEPH MILLER, III | : | CIVIL ACTION |
| V. | : | NO. 02-5141 |
| PHILADELPHIA POLICE DEPARTMENT, ET AL. | : | |

O R D E R

**AND NOW**, this 7th day of April, 2003, upon consideration of the petition of Jonathan M. Levin, Esquire to withdraw as counsel for plaintiff, filed March 18, 2003, and plaintiff's counsel having been advised by the court's staff on March 19, 2003 that he must serve a copy of said petition upon the plaintiff and defense counsel and file a proof of service in connection with the same, and plaintiff's counsel not having filed a proof of service as of this date, **IT IS HEREBY ORDERED** that the petition to withdraw as counsel is **DISMISSED**.

The court further notes that this is not the first time in this action that plaintiff's counsel has failed to fill his professional responsibilities and that if there is any further dereliction in this regard, the court will refer the matter to the appropriate disciplinary authorities of the Commonwealth of Pennsylvania.

William H. Yohn, Jr., Judge