IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL JOSEPH MILLER, III : CIVIL ACTION

V. : NO. 02-5141

PHILADELPHIA POLICE DEPARTMENT, :
ET AL.

O R D E R

**AND NOW**, this 30th day of April, 2003, upon consideration of the motion of defendants Belmont Center and Barry M. Farber, M.D. for summary judgment and for judgment of non pros (Document No. 20) and said defendants having served a copy of the motion upon the plaintiff directly and filed a proof of service thereof on April 14, 2003, and the court on this date having filed an order allowing the withdrawal of Jonathan M. Levin, Esquire as counsel for the plaintiff and staying all proceedings for thirty days from the date of this order, and the court previously having advised the plaintiff directly that if a response to the defendants' motion is not filed the motion will be granted as uncontested and the action dismissed, **IT IS HEREBY ORDERED** that plaintiff shall file a response to defendants' motion for summary judgment and for judgment of non pros or an attorney shall enter an appearance for the plaintiff on or before June 3, 2003 or this action will be dismissed for lack of prosecution without further notice to the plaintiff.

William H. Yohn, Jr., Judge